**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 30, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00050-CR
## NO. 14-21-00051-CR
_____

## IN RE JOHN RUSSELL CHATMON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**351st District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1448430 & 1448431**

## MEMORANDUM OPINION

On January 21, 2021, relator John Russell Chatmon filed two petitions for writs of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petitions, relator asks this court to compel the Honorable

Natalia Cornelio, presiding judge of the 351st District Court of Harris County, to rule on relator's motions for speedy trial.[1]

On February 2, 2021, the court issued an order advising relator that his petitions do not comply with the Texas Rules of Appellate Procedure and providing 30 days' notice that the court would dismiss the petitions if the deficiencies were not cured. *See In re Chatmon*, Nos. 14-21-00050-CR, 14-21-00051-CR (Tex. App.—Houston [14th Dist.] Feb. 2, 2021, order). Specifically, we explained to relator that his petitions did not include: (1) a certification that every factual statement in the petition is supported by competent evidence in the appendix or record; (2) a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding; or (3) an authenticated transcript of any relevant testimony from any underlying proceeding, including exhibits offered into evidence, or a statement that no testimony was adduced in connection with the matter complained of. *Id.* (citing Tex. R. App. P. 52.3(j), 52.7(a)(1), 52.7(a)(2)).

Relator has not cured the deficiencies. Relator has not included the required certification under Rule 52.3(j). *See* Tex. R. App. P. 52.3(j). Nor has relator provided a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding or any authenticated transcript of any relevant testimony from any underlying proceeding, including

---

[1] Relator named Judge Cornelio's predecessor of the 351st District Court, the Honorable George Powell, as respondent. Judge Powell ceased to hold the office of presiding judge of the 351st District Court on December 31, 2020. However, because relator is not complaining of an action taken by Judge Powell, it is not necessary to abate this case pursuant to Rule 7.2(b) to allow Judge Cornelio to reconsider any ruling by Judge Powell. *See* Tex. R. App. P. 7.2(b).

2

exhibits offered into evidence, or a statement that no testimony was adduced in connection with the matter complained of. *See id.* 52.7(a)(1), 52.7(a)(2).

Because relator's petitions do not comply with the Texas Rules of Appellate Procedure, they are dismissed without prejudice to refiling.


PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).